Blake D. Miller (4090)
James W. Anderson (9829)
**MILLER GUYMON, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
e-mail: miller@millerguymon.com
anderson@millerguymon.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **In re:**  **TERRY CHARLES DIEHL,**  Debtor. | **Bankruptcy Case No. 12-24048**  **Chapter 11**  **Judge William T. Thurman**  **(Filed Electronically)** |

**REORGANIZED DEBTOR'S OBJECTION TO CLAIM NO. 1 OF INTERNAL REVENUE SERVICE**

Terry Charles Diehl, as the reorganized debtor in this bankruptcy case ("Diehl" or "Debtor"), pursuant to Bankruptcy Rule 3007(a), hereby objects to Proof of Claim No. 1 filed by Internal Revenue Service (the "Claim"). In support of this objection, the Debtor represents as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

## BACKGROUND
### (Bankruptcy Filing and Plan Confirmation)

2. On March 30, 2012 the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3. On May 20, 2013, the Bankruptcy Court entered its *Findings of Fact, Conclusions of Law and Order Confirming Debtor's Modified Plan of Reorganization* [docket # 197] (the "**Confirmation Order**").

4. The Confirmation Order confirmed the *Debtor's Modified Plan of Reorganization* [docket # 181] (the "**Plan**") as satisfying the requirements of the Bankruptcy Code, and thereby authorized the Debtor to implement the Plan.

5. The Effective Date of the Plan occurred on June 3, 2013.

## THE CLAIM

6. Creditor filed the Claim as an amendment on August 24, 2012, asserting a claim against the estate in the amount of $3,000.00. The general basis of the Claim asserted by the creditor a penalty.

## BASIS FOR OBJECTION

7. The Claim does not provide sufficient documentation and evidence required to be submitted under Rule 3001(c)(1), and the Debtor is unable to determine the validity of the Claim as a result of this non-compliance.

## CONCLUSION

WHEREFORE, the Debtor respectfully requests that the Creditor provide adequate document or explanation for the Claim, or it be disallowed.

DATED this 1st day of October, 2013.

**MILLER GUYMON, P.C.**

/s/ James W. Anderson
Blake D. Miller
James W. Anderson

Attorneys for the Debtor

Creditor's Address:

Internal Revenue Service
IRS-Insolvency Group Manager
50 South 200 East, M/S 5021-SLC
Salt Lake City, UT 84111