Leonard J. Carson [8483]
Andrew B. Clawson [10409]
PEARSON BUTLER & CARSON, PLLC
1682 Reunion Ave., Suite No. 100
South Jordan, Utah 84095
Email: len@pearsonbutler.com
Telephone: (801) 495-4104
Fax No.: (801) 254-9427
*Attorneys for Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**TERRY CHARLES DIEHL**<br><br>Debtor. | Case No.: 12-24048 (WTT)<br><br>Chapter 11<br><br>**FIRST AMENDED NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER CLOSING CASE**<br><br>*Filed Electronically* |
|---|---|

**Objection Deadline: August 22, 2014**
**Hearing Date and Time: September 2, 2014, at 3:00 p.m.**
**Hearing Location**: U.S. Bankruptcy Court, 350 S Main Street, Room 376, Salt Lake City, Utah

   **PLEASE TAKE NOTICE** that a hearing regarding Debtor's Motion For Order Closing Case, was initially scheduled for August 26, 2014, at 2:30 P.M. However, due to a scheduling conflict, the Debtor's Motion will be heard in the above-captioned court, located at 350 South Main Street, Courtroom #376, Salt Lake City, Utah 84101, on September 2, 2014 at 3:00 P.M.

   Please take further notice that any written response or objection must be filed and served not later than August 22, 2014.

1

*If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely-filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order approving the Motion without hearing.*

DATED this 23rd day of August, 2014.

                              **PEARSON BUTLER & CARSON, PLLC**

                              By: /s/ Leonard J. Carson
                                    Leonard J. Carson
                                    Counsel for Debtor