Jesse A. P. Baker (SBN 13418)
jbaker@aldridgepite.com
**ALDRIDGE PITE, LLP[1]**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Spencer Macdonald (SBN 10243)
smacdonald@aldridgepite.com
**ALDRIDGE PITE, LLP**
1447 South 550 East
Orem, UT 84097

Attorneys for *Movant*
PHH Mortgage Corporation as servicer for HSBC Bank USA, National Association as Trustee
for Merrill Lynch Mortgage Investors Trust, Series MLCC 2007-2

---

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH - SALT LAKE CITY

| | |
|---|---|
| In re: | Bankruptcy Case No. 12-24048 |
| TERRY CHARLES DIEHL, | Chapter 11 |
| Debtor. | **[FILED ELECTRONICALLY]** |
| 4198 East Prospector Dr<br>Salt Lake City, UT 84121 | |
| SSN/ITIN: XXX-XX-0262 | |

## NOTICE OF CONTINUED HEARING ON MOTION FOR RELIEF

---

TO THE RESPONDENTS NAMED ABOVE:

     PLEASE TAKE NOTICE that a hearing regarding the Motion for Relief from Automatic

---

1 Aldridge Pite, LLP (successor to Pite Duncan, LLP as a result of the merger of Pite Duncan,
LLP into Aldridge Connors, LLP)

Stay brought by PHH Mortgage Corporation as servicer for HSBC Bank USA, National Association

as Trustee for Merrill Lynch Mortgage Investors Trust, Series MLCC 2007-2 ("Movant"), will be

heard in the above-captioned court, located at Frank E. Moss, U.S. Courthouse, 350 South Main

Street, #376, Salt Lake City, UT 84101, on July 13, 2015 at 11:00 am.  This Motion is based on the

Notice of Motion and Motion for Relief previously filed with the Court on May 18, 2015 and on

such further evidence and oral argument as may be presented to the Court by Movant at the hearing.

This hearing is being continued from the previous hearing, which was scheduled to be heard on

June 16, 2015 at 11:00 a.m.

Dated:        June 5, 2015                    ALDRIDGE PITE, LLP


/s/ Jesse A. P. Baker
Attorneys for PHH MORTGAGE
CORPORATION AS SERVICER FOR
HSBC BANK USA, NATIONAL
ASSOCIATION AS TRUSTEE FOR
MERRILL LYNCH MORTGAGE
INVESTORS TRUST, SERIES MLCC 2007-
2

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on June 8, 2015, copies of the NOTICE OF CONTINUED

HEARING were duly served by depositing the same in the United States mail, postage pre-paid, to

the following, as addressed:

**DEBTORS**
Terry Charles Diehl
4198 Prospector Dr.
Salt Lake City, UT 84121

**DEBTORS' ATTORNEY**
**(via electronic notice)**
Leonard J. Carson
Andrew B. Clawson
Pearson, Butler & Carson, PLLC
1682 Reunion Avenue
Suite 100
South Jordan, UT 84095
len@pearsonbutler.com

Andrew B. Clawson
Pearson, Butler & Carson, PLLC
1682 Reunion Avenue
Suite 100
South Jordan, UT 84095
andrew@abclawutah.com

**REPRESENTING U.S. TRUSTEE**
**(via electronic notice)**
John T. Morgan tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111
john.t.morgan@usdoj.gov

**U. S. TRUSTEE**
**(via electronic notice)**
U.S. Trustee
Ken Garff Bldg.
405 South Main Street
Ste 300
Salt Lake City, UT 84111
USTPRegion19.SK.ECF@usdoj.gov

**Creditor Committee**
**(via electronic notice)**
Troy J. Aramburu
Snell & Wilmer L.L.P.
15 West South Temple
Suite 1200
Salt Lake City, UT 84101
taramburu@swlaw.com

Engels Tejeda
Holland & Hart LLP
222 S. Main Street
Suite 2200
Salt Lake City, UT 84101
ejtejeda@hollandhart.com

**LIENHOLDERS**
Janet Hathaway
4832 Brooks Way
Salt Lake City, UT 84117

Merrill Lynch
P.O. Box 5459
Mount Laurel, NJ 08054-5459

American First Credit Union
P.O. Box 9199
Ogden, UT 84409

Aria Resort & Casino
Attn: Department #1
P.O. Box 77797
Las Vegas, NV 89195-0815

Better Diehl, LLC
P.O. Box 711879
Salt Lake City, UT 84171

Bodell Construction Company

586 Fine Drive
Salt Lake City, UT 84115

Cache Valley Bank
P.O. Box 4778
Logan, UT 84323-4778

Chase
P.O. Box 94014
Palatine, IL 60094-4014

Continental Bank
c/o Robert Mansfield, Esq.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

Cottonwood Estate Development, LLC
P.O. Box 711879
Salt Lake City, UT 84171

Diners Club
P.O. Box 6012
Carol Stream, IL 60197

Gary Howard
2677 Humbug Creek Road
Applegate, OR 97560

GEM
c/o R. Stephen Marshall, Esq.
111 East Broadway, Suite 900
Salt Lake City, UT 84111

Jordan Hills Villages, LLC
P.O. Box 711879
Salt Lake City, UT 84171

Kaysville Development, LLC
P.O. Box 711879
Salt Lake City, UT 84171

Lorenzo Howard
6318 Playa Del Ray
Sloughhouse, CA 95683

-4-

MGM Grand Hotel, LLC
Attn: Controller
P.O. Box 93777
Las Vegas, NV 89195-0169

Robert V. & Renee S. King
2153 W. 7420 S.
West Jordan, UT 84084

South Mountain, LC
c/o R. Stephen Marshall Esq.
111 East Broadway, Suite 900
Salt Lake City, UT 84111

Utah First Credit Union
200 East South Temple

Salt Lake City, UT 84111

Official Committee of Unsecured Creditors
Troy Aramburu
15 W. South Temple Suite 1200
Salt Lake City, UT 84101

Troy J. Aramburu
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

Engels Tejeda
Holland & Hart LLP
222 S. Main Street
Suite 2200
Salt Lake City, UT 84101

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 8, 2015 at San Diego, California.

/s/ AMANDA S. KOCZWARA
AMANDA S. KOCZWARA